Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

SADDAM S. SAMAAN

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

GEO GROUP Inc. ICE, DOJ, DHS

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. EDCV24-454-DDP (PVC)
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name SADDAM SAMAAN DAOUD SAMAAN

All other names by which you have been known: SAM, SAMI

ID Number ALIEN # 41707822

Current Institution GEO GROUP Inc. Desert View-Annex

Address 10.450 Rancho Rd.

Adelanto     CA     92301
City     State     Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name GEO GROUP Inc

Job or Title *(if known)* Detention Center

Shield Number

Employer

Address 10450 Rancho Rd.

Adelanto     CA     92301
City     State     Zip Code

☐ Individual capacity  ☒ Official capacity

Defendant No. 2

Name Department of Homeland Security.

Job or Title *(if known)*

Shield Number

Employer

Address 10250 Rancho Rd

Adelanto     CA     92301
City     State     Zip Code

☐ Individual capacity  ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name ___ IMMIGRATION Customs Enforcement

Job or Title *(if known)* ___

Shield Number ___

Employer ___

Address ___ 10250 Rancho Rd.

Adelanto          CA          92301
*City*          *State*          *Zip Code*

☐ Individual capacity  ☑ Official capacity

Defendant No. 4

Name ___ Department of Justice,

Job or Title *(if known)* ___ Merrick Garland

Shield Number ___

Employer ___

Address ___ WASHINGTON      DC

_____      _____      _____
*City*          *State*          *Zip Code*

☑ Individual capacity  ☑ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

INADEQUATE DENTAL CARE.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

ENJUST ENRICHMENT ON THE PHONE AND TABLETS

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

INADEQUATE LAW LIBRARY SYSTEM.
IN VIOLATION OF THE FIRST AND FOURTEENTH AMENDMENTS

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

INADEQUATE HOUSING AND CLASSIFICATION
PROGRAM, IN VIOLATION OF THE EIGHTH AMENDMENT
SAFETY OF DETAINEES

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☒   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

DAILY. THE Institution Houses GANG MEMBERS
WITH WHITE Color Cimes. and ILLegal Reintery.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

THE LAW LIBRARY DONT Have state laws
On THE Electronic System, and it is in the same
Room where Detainees PlayStation and TV.
Moreover, The is one Computer For ("60") Detainees

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On Detmber 7, 2023, I Chipped my Tooth
With a bite on a piece of bone inside the
Burger Patty. ICE, and GEO Both refusing to
Fix my Tooth and it Causes Pain,

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)*

**V.    Injuries**

Broken Tooth, House with Murderers, and violent
Criminals, Lack of THE ADEQUATE LAW LIBRARY

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

**VI.    Relief**

To Provide Adequate Detanal Care, Law Library
with sufficent amount of Computers, and better Quiet
location,

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims.

Seperate Violent detamembers from NON-Violent

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

ELictvonically

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Every one of them.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
other correctional facility?

☒ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Elictronically

2.    What did you claim in your grievance?

To Fix My Tooth, Add More Computers. with state
Laws, and To Separate the law Library Computer from
Recreation Room

3.    What was the result, if any?

No AVAIL

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If
not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

No AVAIL-

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed,
    when and how, and their response, if any:

    I informed affical First and
    Filed Grievances about all claims

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies.

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      2-16-24

Signature of Plaintiff

Printed Name of Plaintiff    Saddam Samaan

Prison Identification #    ID # 4170782

Prison Address    10450 Rancho Rd

Adelanto                    CA    92301
City                        State    Zip Code

### B.     For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City                        State    Zip Code

Telephone Number    _____

E-mail Address    _____



SADDAM SAMAAN #4170782zz   B2·210W
GEO Desert View Annex
10 450 Rancho Rd,
Adelanto, CA 92301

Legal Mail
ATTN# Court Clerk, Civil Department
U.S. DISTRICT FOR THE
CENTRAL DISTRICT of CALIFORNIA
255 E. Temple Street
Los Angeles, CA 90012

