UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**          **JS-6**

Case No.    5:24cv00454 DDP (PVC)                              Date: May 29, 2024

Title     *SADDAM SAMAAN DAOUD SAMAAN v. GEO GROUP, INC.; ET AL.*

Present: The Honorable:     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS)

On April 5, 2024, the Court issued an Order[5] Granting plaintiff's Request to Proceed Without Prepayment of Filing Fees[4].  Plaintiff now owes the Court the total filing fee of $350.00.  The Court's Order[5] indicated that a partial filing fee of $46.67 was due immediately, and noted that the case may be dismissed if that partial filing fee was not received by the Court within 30 days.  As of the date of this Minute Order, Plaintiff has not made the partial filing fee of $46.67, filed a request for additional time, or any other document in response to this Court's April 5, 2024 Order.  Accordingly, Plaintiff's Complaint is hereby DISMISSED, without prejudice.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |